UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 08-22358-CIV-MARTINEZ-BROWN**

CARMEN GONZALEZ-MALDONADO and
AUGUSTIN VARGAS NIEVES,

      Plaintiffs,

vs.

CARNIVAL CORPORATION, a foreign
corporation,

      Defendant.

_____/

**ORDER ON NOTICE OF SETTLEMENT AND
DENYING ALL PENDING MOTIONS AS MOOT**

     This cause came before the Court upon the parties' Notice of Settlement **(D.E. No. 5)**,
indicating that the parties have reached a settlement in this matter.  It is hereby:

     ORDERED AND ADJUDGED as follows:

     1)  The parties shall file Stipulation of Dismissal (signed by all parties who have appeared
in this action), **which must be filed with the Clerk of the Court**, a proposed Order of Dismissal
or Final Judgment, and any other documents necessary to conclude this action on or before
**October 24, 2008**.

     2)  If the parties fail to comply with this order, the Court shall either dismiss this case
without prejudice without any further warning or proceed to trial as scheduled.

3)  The Clerk is DIRECTED to DENY all pending motions as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 26th day of September, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record